IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIN EDDIE FORD, #106998, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-657-TMH |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## **ORDER**

On March 4, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED.

Accordingly, it is ORDERED that the petition for a writ of habeas corpus is DISMISSED because Petitioner Ford failed to demonstrate that the disciplinary actions resulting in his placement in disciplinary segregation, loss of privileges, and removal from work release give rise to any claim for federal habeas relief or state any claim for denial of his constitutional right to due process. An appropriate final judgment will be entered separately.

DONE this 31st day of March, 2014.

                                                /s/ W. Keith Watkins  
                                CHIEF UNITED STATES DISTRICT JUDGE